UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH LYNCH,                                          :    20-Cv-9455 (SHS)

                Plaintiff,                       :
    -v-                                                          :    ORDER

PORT AUTHORITY OF NEW YORK AND                          :
NEW JERSEY, JAMES HERKENHAM, and
JOHN OR JANE DOE 1-20,                                  :

                Defendants.                      :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of discovery remains at August 6, 2021;

    2.    There will be a status conference by telephone on August 17, 2021, at 9:00 a.m.; and

    3.    If there are any discovery disputes, the parties shall notify the Court, in writing, far enough in advance of August 6, 2021, for the dispute to be adjudicated and any necessary discovery taken before the close of discovery.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.