UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KENNETH LYNCH,                                   :        20-Cv-9455 (SHS)

                   Plaintiff,            :
   -v-                                                                 ORDER
                                              :

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, JAMES HERKENHAM, and    :
JOHN OR JANE DOE 1-20,
                                              :

                Defendants.
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In light of the extension to October 6, 2021, to complete discovery [Doc. No. 20],

       IT IS HEREBY ORDERED that the status teleconference scheduled for August 17, 2021, at 11:30 a.m. is adjourned to October 6, 2021, at 9:00 a.m.

Dated: New York, New York
         August 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.