

**MEMO ENDORSED**

September 20, 2021

**VIA ELECTRONIC FILING**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kenneth Lynch v. The Port Authority of New York and New Jersey, James Herkenham et al.
Docket No.: 1:20-cv-09455-SHS

Dear Judge Stein:

I am counsel for Defendants, The Port Authority of New York and New Jersey and James Herkenham in the above-referenced matter. I submit this letter motion to request an adjournment of the telephone conference with the Court, which is currently scheduled for October 6, 2021. Plaintiff brings this action related to his arrest on January 22, 2018.

I will be out of the country on a pre-planned, pre-paid vacation from October 1, 2021 through October 11, 2021. As such, I am unavailable for the telephone conference scheduled for October 6, 2021. Accordingly, Defendants respectfully request an adjournment of the October 6, 2021 telephone conference until after October 11, 2021. This is the first request for an adjournment of this conference. Plaintiff has consented to this request.

Respectfully submitted,

Nicholas Mino, Esq.
(212) 435-3669

cc: Sameer Nath, Esq.

The sentencing is adjourned to October 12, 2021, at 9:00 a.m.

Dated: New York, New York
September 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.