UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KENNETH LYNCH,                                   :         20-Cv-9455 (SHS)

                      Plaintiff,         :
    -v-                                                                ORDER

                                                        :
PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, JAMES HERKENHAM, and    :
JOHN OR JANE DOE 1-20,
                                                         :
                    Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today by telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.      The last day for plaintiff to amend his complaint in order to narrow the claims, if he so chooses, is October 22, 2021;

      2.      The defendants shall respond to any amended complaint by November 1, 2021; and

      3.      Regardless of whether or not plaintiff amends his complaint, defendants' motion for summary judgment is due by December 1, 2021, plaintiff's response is due by December 22, and defendants' reply is due by December 29, 2021.

Dated: New York, New York
       October 12, 2021

                                                                           SO ORDERED:

                                                                           Sidney H. Stein, U.S.D.J.