UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH LYNCH,

              Plaintiff,

    v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, JAMES HERKENHAM, AND JOHN OR JANE DOE 1-10,

              Defendants.

20-cv-9455 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the Court will hear oral argument on Defendants' pending motion for summary judgment (ECF No. 25) on Wednesday, January 4, 2023, at 10:30 a.m. The argument will take place in Courtroom 23A at the U.S. Courthouse at 500 Pearl Street.

Dated: New York, New York
       December 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.