UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH LYNCH,  :  20-Cv-9455 (SHS)

          Plaintiff,  :

-v-  ORDER

    :

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, JAMES HERKENHAM, and  :
JOHN OR JANE DOE 1-20,

    :

          Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that for the reasons as set forth on the record, defendants' motion for summary judgment in their favor [Doc. No. 25] is granted.

    The Clerk of Court is directed to close this case.

Dated: New York, New York
       January 4, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.