UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH LYNCH,

                Plaintiff,                      20 **CIVIL** 9455 (SHS)

      -against-                     **JUDGMENT**

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, JAMES HERKENHAM, and
JOHN OR JANE DOE 1-20,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 4, 2023, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          January 6, 2023

                                            **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                      **BY:**   *K. Mango*

                                                 **Deputy Clerk**